# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **OMAHA CONSTRUCTION INDUSTRY PENSION FUND, et al,** )  ) ) | |
| **Plaintiffs,** ) | **8:05CV186** |
| vs. ) | **ORDER** |
| ) | |
| **DOUBLE D EXCAVATING, INC.,** ) ) | |
| **Defendant.** ) | |

This matter is before the court on the defendant's oral motion for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f). The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1. The defendant's oral motion to extend time is granted as set forth below.

2. The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report **on or before July 8, 2005** regarding their discovery plan.

DATED this 28th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge