**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **OMAHA CONSTRUCTION INDUSTRY PENSION FUND, et al.,** | ) ) ) | **8:05CV186** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **DOUBLE D EXCAVATING, INC.,** | ) ) ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte.* On May 24, 2005, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to submit a written report of their meeting. **See** Filing No. 7. On June 28, 2005, the court granted the defendant's oral motion for an extension of time to July 8, 2005, for the parties to file their discovery plan. **See** Filing No. 8. No such report has been received by the court.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before August 9, 2005, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 29th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge