IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA CONSTRUCTION INDUSTRY PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | 8:05CV186 |
| vs. | ) ) | ORDER |
| DOUBLE D EXCAVATING, INC., a Nebraska Corporation, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Motion to Strike (Filing No. 24). The plaintiffs seek to strike two documents filed by the plaintiffs today: Filing No. 22, Motion to Dismiss, and Filing No. 23, Satisfaction of Judgment. The plaintiffs state the documents were filed in error as there has not yet been a satisfaction of the judgment. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion to Strike (Filing No. 24) is granted.

2. The Clerk of Court shall strike from the docket Filing No. 22, Motion to Dismiss, and Filing No. 23, Satisfaction of Judgment.

DATED this 4th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge